# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

ROY TUCK

                              **Plaintiff,**

V.

ENCORE CAPITOL GROUP, et al.

                             **Defendant.**

Case No. 16-cv-0293-L-BLM

**REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE**

FILED
FEB 19 2016
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re: "Low-Numbered Case No.: 11-md-02286-MMA-MDD

Title: Robinson, et al. v Midland Funding LLC, et al.

Nature of Case: 480 Consumer Credit

The above "low-numbered" case and the present case appear:

- [x] (1) to arise from the same or substantially identical transactions, happenings or events; or
- [x] (2) involve the same or substantially the same parties or property; or
- [ ] (3) involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or
- [ ] (4) call for determination of the same or substantially identical questions of law; or
- [ ] (5) where a case is refiled within one year of having previously been terminated by the Court; or
- [x] (6) for other reasons would entail unnecessay duplication of labor if heard by different judges.

**New Case #:** 16-cv-00293-MMA-MDD

This case was transferred pursuant to the Low-Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**John Morrill**, Clerk of Court,

Dated: 2/12/16      By: s/ D. Gilbert

D. Gilbert, Deputy

## ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated: 2/16/2016

Michael M. Anello
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Michael M. Anello and Magistrate Judge Mitchell D. Dembin for all further proceedings.

Dated: 2-18-16

Larry Alan Burns
United States District Judge