STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
ARJUN P. RAO (State Bar No. 265347)
GEOFFREY L. WARNER (State Bar No. 305647)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone:  310-556-5800
Facsimile:   310-556-5959
Email:       *lacalendar@stroock.com*

Attorneys for Defendant
  HSBC BANK USA, N.A.

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY TUCK,<br><br>                    Plaintiff,<br><br>        vs.<br><br>ENCORE CAPITOL GROUP, A California Corporation, MIDLAND CREDIT MANAGEMENT, INC., A California Corporation, MIDLAND FUNDING, LLC., A California Corporation, HSBC BANK USA N.A., A National Association, CAPITOL ONE N.A. A National Association, VERIZON WIRELESS, a National Telephone Provider/Association, EXPERIAN INFORMATION SOLUTIONS INC., A business entity, form unknown, DOES 1 THROUGH 10, inclusively,<br><br>                    Defendants. | Case No. 3:16-cv-00293-MMA-MDD<br><br>Assigned to Hon. Michael M. Anello; Referred to Magistrate Judge Mitchell D. Dembin<br><br>**JOINT MOTION TO EXTEND DEADLINE OF DEFENDANT HSBC BANK USA, N.A. TO RESPOND TO COMPLAINT**<br><br>[Civil L.R. 7.2]<br><br>[[Proposed] Order lodged concurrently herewith]<br><br>Complaint Filed: February 3, 2016<br>Trial Date: TBD |

LA 51993926

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

1    Pursuant to Local Rule 12.1, plaintiff Roy Tuck ("Plaintiff") and defendant

2   HSBC Bank USA, N.A. ("HSBC"), through its undersigned counsel, hereby jointly

3   and respectfully move the Court for an Order setting HSBC's deadline to respond to

4   the Complaint in this action to June 17, 2016, and in support thereof state as follows:

5        1.    Plaintiff filed the Complaint in this matter on February 3, 2016;

6        2.    On April 14, 2016, this Court erroneously dismissed the matter in its

7   entirety (Dkt. No. 8);

8        3.    On May 11, 2016, this Court sua sponte vacated its previous dismissal

9   of HSBC (Dkt. No. 9);

10        4.    Good cause exists for this Joint Motion as HSBC is still in the process

11   of gathering and reviewing its records regarding the allegations in the Complaint;

12        5.    The parties have agreed that HSBC's response to the Complaint, by

13   answer, motion or otherwise, shall be due on or before June 17, 2016 to permit

14   HSBC time to review its records regarding Plaintiff's claims; and

15        6.    This is the first extension of time to file a responsive pleading agreed

16   upon by the parties and this joint motion is not submitted for any improper purpose

17   or delay.

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

Accordingly, the parties respectfully request that the deadline for HSBC to respond to the Complaint, by answer, motion or otherwise be extended to, and including June 17, 2016.

Dated:  June 3, 2016                      STROOCK & STROOCK & LAVAN LLP
                                          JULIA B. STRICKLAND
                                          ARJUN P. RAO
                                          GEOFFREY L. WARNER

                                          By:  _____/s/ *Arjun P. Rao*_____
                                                        Arjun P. Rao
                                                Email:  arao@stroock.com

                                          Attorneys for Plaintiff
                                                HSBC BANK USA, N.A.

Dated:  June 3, 2016

                                          By:  _____/s/ *Roy Tuck*_____
                                                        Roy Tuck

                                          Plaintiff *in pro per*

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

LA 51993926

**ECF SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to plaintiff Roy Tuck and that I have obtained Mr. Tuck's authorization to affix his electronic signature to this document.

Dated: June 3, 2016

_/s/ Arjun P. Rao_
Arjun P. Rao
Email:  arao@stroock.com

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2016 a copy of the foregoing **JOINT MOTION TO EXTEND DEADLINE OF DEFENDANT HSBC BANK USA, N.A. TO RESPOND TO COMPLAINT** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

*/s/ Brian T. Mayeda*
Name

*Via U.S. Mail:*

Roy Tuck
1600 E. Vista Way #85
Vista, CA 92084

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

CERTIFICATE OF SERVICE

LA 51993926