Roy Tuck
1600 E. Vista Way #85
Vista, CA 92084
Ph: 760-840-1551

In Pro Se

# IN THE UNITED STATED DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

ROY TUCK,

    Plaintiff,

vs.

VERIZON WIRELESS,

    Defendant,

CASE NO. 3:16-CV-00293-MMA-MDD

**ENTRY OF DEFAULT**

## ENTRY OF DEFAULT

It is appearing that the Complaint was filed against VERIZON WIRELESS in this case on February 3, 2016; that the Summons and Complaint were duly served upon VERIZON WIRELESS the Defendant on April 26, 2016, and no answer or other pleading's have been filed by VERIZON WIRELESS in the above-entitled case, as required by law.

There has been total and complete failure of the Defendant VERIZON WIRELESS to plead their case or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

THEREFORE, upon request of the plaintiff ROY TUCK in this case, DEFAULT is hereby entered against the Defendant VERIZON WIRELESS as provided in Rule 55(a) of the Federal Rules of Civil Procedure.

By_____
**Deputy Clerk**

ENTRY OF JUDGEMENT      COURT COPY      PAGE 1

Roy Tuck
1600 E. Vista Way #85
Vista, CA 92084
Ph: 760-840-1551

In Pro Se

# IN THE UNITED STATED DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY TUck, | CASE NO. 3:16-CV-00293-MMA-MDD |
| Plaintiff, | **AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT** |
| vs. | |
| VERIZON WIRELESS | |
| Defendant, | |

## AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, ROY TUCK, declare under the penalty of perjury that the following facts are turn and correct to the best of my information and belief:

1. I am the Plaintiff filing "In Pro Se' in this action.

2. A Complaint was filed with this court herein on February 03, 2016

3. To date, the *federal Complaint filed by me remains un-answered* by the Defendant VERIZON WIRELESS.

4. Federal Service of Process of the Complaint was affected onto the Defendant VERIZON by the U.S. Marshal on April 26, 2016 **{See Exhibit A, U.S. Marshal's Form USM-285}** also evidenced in the docket sheet for this case **{See Exhibit B, Docket Sheet Evidence Tuck v. Verizon}.**

CouRT Copy

1   5. More than one hundred and forty (140) days have elapsed since the
2   defendant in this action VERIZON WIRELESS received a copy of the original
3   Complaint mailed by Richard Caruso and placed in the U.S. mail on
4   February 03, 2016.
5   6. More than sixty six (66) days have elapsed since the Summons was issued
6   on this action.
7   7. More than thirty six days (36) have elapsed since the U.S. Marshal
8   walking into Verizon Wireless's corporate headquarters located at 1095 Avenue of
9   the America's, New York, New York, 10036 and served a copy of the Summons and
10  Complaint on VERIZON WIRELESS at 11:30 a.m. on April 26, 2016.
11  *{Defendant VERIZON WIRELESS is required by law to respond in 21 days}*

Respectfully submitted,

_Roy Tuck_
ROY TUCK, DEFENDANT, In Pro Se

DATED this 31st day of May 2016

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| Field | Value |
|---|---|
| PLAINTIFF | Roy Tuck |
| COURT CASE NUMBER | 16-CV-0993 |
| DEFENDANT | [illegible] HSBC Bank USA, [illegible] |
| TYPE OF PROCESS | U.S. Marshal |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Verizon Wireless

**AT** ADDRESS: 140 W. Street, New York, NY, 10007 Ph: (212) 315-[illegible]

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Roy Tuck
1606 East Vista Way #85
Vista, CA 92084

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 4
- Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Alternate Address: CEO Lowell McAdam
Verizon Wireless
1095 Avenue of the Americas
New York, NY 10036

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 760-840-1551
DATE: 3-26-2016

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No.: 02 | District to Serve No.: 02 | Signature of Authorized USMS Deputy or Clerk | Date: [illegible]

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 4/20/16  Time: 11:30  ☐ am ☒ pm

Signature of U.S. Marshal or Deputy: [signature] #21031

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] | | 71.52 | | | |

REMARKS:
4/12/16 [illegible]
[illegible]

**PRIOR EDITIONS MAY BE USED** — EXHIBIT A — 3. NOTICE OF SERVICE — FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)

Court Copy

| Date | # | Docket Text |
|---|---|---|
| 05/11/2016 | 11 | NOTICE of Party With Financial Interest by Experian Information Solutions Inc. (Martin, Gregory) (Entered: 05/11/2016) |
| 05/13/2016 | 13 | Joint MOTION for Extension of Time to File Answer re 1 Complaint, *to Respond to Complaint* by Capitol One N.A.. (Diaz, Chelsea)Attorney Chelsea Lynn Diaz added to party Capitol One N.A.(pty:dft) (vam). (Entered: 05/13/2016) |
| 05/17/2016 | 14 | Process Receipt and Return. Verizon Wireless served on 4/26/2016. Type of Process: U.S. Marshal.(vam) (Entered: 05/18/2016) |
| 05/19/2016 | 15 | ORDER Granting Joint Motion to Extend Defendant Capital One, N.A.'s Time to Respond to Complaint 13 . The Court Orders Defendant Capital One, N.A. must file its responsive pleading to Plaintiff's Complaint on or before 5/31/2016. Signed by Judge Michael M. Anello on 5/19/2016. (All non-registered users served via U.S. Mail Service)(vam) (Entered: 05/19/2016) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/28/2016 09:47:23 | | | |
| PACER Login: | cascadianlawman2015:4730892:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:16-cv-00293-MMA-MDD |
| Billable Pages: | 4 | Cost: | 0.40 |



EXHIBIT B

Court Copy



United States District Court
Southern District of California
Office of the Clerk
333 West Broadway, Suite 420
San Diego, CA 92101