# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

ROY TUCK,

    Plaintiff,

v.

ENCORE CAPITOL GROUP, *et al.*,

    Defendants.

Case No. 16-cv-293 DMS (MDD)

**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO AMEND**

On August 3, 2016, the Court accepted Plaintiff Roy Tuck's motion for leave to amend his complaint. Any Defendant may file an opposition or notice of non-opposition on or before August 17, 2016. Plaintiff may reply to such oppositions as necessary on or before August 24, 2016. Thereafter, the Court will decide the matter on the papers submitted.

**IT IS SO ORDERED.**

Dated: August 3, 2016

                          Hon. Dana M. Sabraw
                          United States District Judge